IN THE UNITED STATES DISTRICT COURT, THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:14CR89 |
| Plaintiff, | ) | Judge Jeffery Helmick |
| | ) | **MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| v. | ) | |
| | ) | Mark I. Jacobs (0016595)<br>1122 Adams Street |
| Lonny Lee Remmers, | ) | Toledo, OH 43604<br>Phone (419) 248-3501 |
| Defendant | ) | Fax (419) 242-2021<br>Email: markijacobs@sbcglobal.net |
| | ) | Attorney for Defendant |

Now comes the Defendant, Lonny Lee Remmers, by and through counsel, and respectfully requests that this Court modify the current conditions of the Defendant's release pending trial as follows:

1. That as part of the original conditions of Pre-Trial release opposed by the court, that the real estate located at 2932 La Vista Avenue Corona, CA 92879, owned by the Defendant's son, Nicholas Craig, was posted in order to secure the Defendant's appearance in court.
2. That this piece of real estate has continually been encumbered since the time of the initial conditions of release were imposed;

3. That at this time, the owner of the real estate, the Defendant's son is desirous of refinancing the property which will reduce the interest rates significantly, providing him with greater monthly cash flow;
4. That in order to do this, the encumbrance by the court must temporarily be lifted;
5. That this can be accomplished and thereafter, the Defendant's son will comply with re-encumbering the property to allow the court to secure it in order to further bolster and secure the promise of the Defendant to return to court when required and otherwise cooperate with necessary appearances in this case;
6. That the government has been contacted, by and through Assistant United States Attorney James Moroney, who has indicated no objection to this request;
7. That if needed, Defendant requests a hearing on this issue or that this matter otherwise be addressed forthwith;

WHEREFORE, Defendant Lonny Lee Remmers respectfully requests that this court remove the encumbrance on the property at 2932 La Vista Avenue Corona, CA 92879, in the name of his son, Nicholas Craig, for a brief period of time to include 30 days, to allow the property to be refinanced, and once the refinance is completed, that Nicholas Craig will repledge and/or encumber his property in order to continue to secure the appearance of the Defendant Lonny Lee Remmers in this cause and for such other and further relief as is just and proper.

Respectfully submitted,

/s/ Mark I. Jacobs
Mark I. Jacobs
Attorney for Defendant

## CERTIFICATION

This is to certify that on the date of filing a copy of the foregoing was sent to James Moroney through the Court's electronic filing system.

/s/ Mark I. Jacobs
Mark I. Jacobs
Attorney for Defendant